UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DESHAWN ROBINSON and DIANDRA
DECRESCENZO,

    Plaintiffs,

v.                                  Case No: 2:17-cv-386-FtM-99CM

NATIONAL CREDIT SYSTEMS,
INC., EXPERIAN INFORMATION
SOLUTIONS, INC., EQUIFAX
INFORMATION SERVICES, LLC
and TRANSUNION, LLC,

    Defendants.
_____/

## **ORDER**[1]

This matter comes before the Court on review of the Notices of Settlement (Docs. 45, 47), informing the Court that this matter has settled as to Defendants Equifax Information Services, LLC and Experian Information Solutions, Inc. The parties state that they will file a stipulation of dismissal shortly. The Court will provide a deadline for the filings.

Accordingly, it is now

**ORDERED:**

The parties shall file the appropriate dismissal documents on or before **November 30, 2017**.

---

[1] Disclaimer: Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.

**DONE** and **ORDERED** in Fort Myers, Florida this 15th day of November, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record