UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DESHAWN ROBINSON and DIANDRA DECRESCENZO,

        Plaintiffs,

v.

NATIONAL CREDIT SYSTEMS, INC.,
EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANSUNION, LLC,

        Defendants.
_____/

Case No. 2:17-cv-00386-UA-CM

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

COME NOW the Plaintiffs, DESHAWN ROBINSON and DIANDRA DECRESCENZO, by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 68(a), and hereby notifies all parties of her acceptance of the Offer of Judgment served upon Plaintiffs by Defendant, NATIONAL CREDIT SYSTEMS, INC., on June 19, 2018 (attached hereto as **Exhibit "A"**).

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2018, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system and the following parties received electronic notification through the CM/ECF system:

Curtis James Herbert
Charity A. Olson
Brock & Scott, PLLC
1501 N.W. 49th Street, Ste. 200
Ft. Lauderdale, FL 33309
curtis.herbert@brockandscott.com

2

charity.olson@brockandscott.com
stacey-ann.wilson@brockandscott.com
*Attorney for Defendant, National Credit Systems, Inc.*

Dated: June 29, 2018                              *Respectfully submitted,*

                                                **THE DELLUTRI LAW GROUP, P.A.**
The Dellutri Law Group Plaza
1436 Royal Palm Square Blvd.
Fort Myers, FL  33919
(239) 939-0900
(239) 939-0588 – Fax
www.DellutriLawGroup.com
*Attorneys for Plaintiffs*

By: /s/ Joseph C. LoTempio
     Joseph C. LoTempio, Esq.
     Fla. Bar No. 0086097
     jlotempio@dellutrilawgroup.com