# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| DESHAWN ROBINSON and DIANDRA DECRESCENZO,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL CREDIT SYSTEMS, INC., EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANSUNION, LLC,<br><br>Defendants. | Case No.: 2:17-cv-00386-UA-CM<br>Magistrate Judge Carol Mirando |

## OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant National Credit Systems, Inc. ("NCS"), through its counsel, hereby submits this Offer of Judgment ("Offer"), which allows judgment to be taken against NCS and in favor of Plaintiffs on the following terms:

1. NCS shall pay Plaintiff DeShawn Robinson the total amount of Three Thousand and 00/100 Dollars ($3,000.00) in full and final satisfaction of any and all damages sought from NCS in the above-captioned action.

2. NCS shall pay Plaintiff Diandra Decrescenzo the total amount of Three Thousand and 00/100 Dollars ($3,000.00) in full and final satisfaction of any and all damages sought from NCS in the above-captioned action.

3. NCS shall also pay an additional amount for reasonable attorney's fees and costs incurred by Plaintiffs in the above-captioned action. Such fees and costs shall be in an amount agreed to by the parties, or if they are unable to agree, as determined by the Court upon Motion.

4.　　This Offer is made solely for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission that NCS has engaged in wrongdoing. NCS merely desires to save the time and costs associated with continued litigation.

Respectfully Submitted,

**BROCK & SCOTT, PLLC**

Dated: June 19, 2018

/s/ Charity A. Olson
Charity A. Olson (P68295)
2723 S. State St., Ste. 150
Ann Arbor, MI 48104
(734) 222-5179
charity.olson@brockandscott.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2018, a copy of the foregoing document was served via Electronic and U.S. First Class Mail on the following parties:

Joseph C. LoTempio, Esq.
The Dellutri Law Group, P.A.
1436 Royal Palm Square Blvd
Fort Myers, FL 33919

/s/ Charity A. Olson
Charity A. Olson (P68295)
**BROCK & SCOTT, PLLC**