UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DESHAWN ROBINSON and DIANDRA
DECRESCENZO,

        Plaintiffs,

v.                                          Case No: 2:17-cv-386-FtM-38CM

NATIONAL CREDIT SYSTEMS,
INC.,

        Defendant.
_____/

## **ORDER**[1]

This matter comes before the Court on Plaintiffs Deshawn Robinson and Diandra Decrescenzo's Notice of Acceptance of Offer of Judgment (Doc. 75). Federal Rule of Civil Procedure 68 provides that

> At least 14 days before the date set for trial, a party defending against a claim may serve on an opposing party an offer to allow judgment on specified terms, with the costs then accrued. If, within 14 days after being served, the opposing party serves written notice accepting the offer, either party may then file the offer and notice of acceptance, plus proof of service. The clerk must then enter judgment.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Here, the Plaintiffs accepted an offer of judgment from Defendant National Credit Systems, Inc. (Doc. 75). Because Plaintiffs properly accepted the Offer, judgment must be entered.

Accordingly, it is now

**ORDERED:**

The Clerk of Court is **DIRECTED** to dismiss this action with prejudice, enter judgment accordingly, terminate and pending motions, and close this case.

**DONE** and **ORDERED** in Fort Myers, Florida this 20th day of July 2018.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record