UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DESHAWN ROBINSON and DIANDRA
DECRESCENZO,

    Plaintiffs,

v.                                                        Case No:  2:17-cv-386-FtM-38CM

NATIONAL CREDIT SYSTEMS,
INC.,

    Defendant.
_____/

## **ORDER**[1]

Before the Court is Plaintiffs Deshawn Robinson and Diandra Decrescenzo's Unopposed Motion to Vacate or Modify Judgment and Order. (Doc. 78). Plaintiffs request the Court modify or vacate its Order and Judgment under Federal Rule of Civil Procedure 59(e) to reflect the specifics identified in Defendant National Credit Systems, Inc.'s Offer of Judgment. (Doc. 75-1). In particular, Plaintiffs request that this Court enter judgment against National Credit Systems, Inc. and that National Credit Systems, Inc. pay $3,000.00 to both DeShawn Robinson and Diandra Decrescenzo, plus reasonable fees and costs to be determined by the Court if necessary. (Doc. 78). After review, the Court finds good cause to do so.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Accordingly, it is now

**ORDERED:**

1. Plaintiffs Deshawn Robinson and Diandra Decrescenzo's Unopposed Motion to Vacate or Modify Judgment and Order (Doc. 78) is **GRANTED.**

2. The Clerk of Court is **DIRECTED** to enter an Amended Judgment against Defendant National Credit Systems, Inc. and in favor of Plaintiffs Deshawn Robinson and Diandra Decrescenzo that incorporates the terms and conditions identified in the Offer of Judgment (Doc. 75-1). The Clerk of Court is further **DIRECTED** to attach the Offer of Judgment (Doc. 75-1) and Plaintiffs' Notice of Acceptance (Doc. 75) to the Amended Judgment.

**DONE** and **ORDERED** in Fort Myers, Florida this 5th day of September 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record