UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DESHAWN ROBINSON and DIANDRA
DECRESCENZO,

    Plaintiffs,

v.                                                                                Case No: 2:17-cv-386-FtM-38CM

NATIONAL CREDIT SYSTEMS,
INC.,

    Defendant.
_____/

## ORDER[1]

Before the Court is Magistrate Judge Carol Mirando's Report and Recommendation. (Doc. 97). Judge Mirando recommends granting and denying in part Plaintiffs Deshawn Robinson and Diandra Decrescenzo's Motion for Attorney's Fees and Costs (Doc. 79). Neither Plaintiffs nor Defendant National Credit Systems, Inc. filed a timely objection to the Report and Recommendation. The matter is ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. *See* 28 U.S.C. § 636(b)(1); *see also Williams v. Wainwright,* 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See *Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After careful consideration and an independent review of the file, the Court accepts and adopts the Report and Recommendation (Doc. 97) in full.

Accordingly, it is now

**ORDERED:**

1.  The Report and Recommendation (Doc. 97) is **ACCEPTED and ADOPTED** and incorporated into this Order.

2.  Plaintiffs' Motion for Attorney's Fees and Costs (Doc. 79) is **GRANTED in part and DENIED in part**.  Plaintiffs are awarded **$31,337.50** in attorney's fees and **$1,558.00** in costs for a **total of $32,895.50**.

3.  The Clerk of the Court is **DIRECTED** to amend the judgment to include the amount awarded herein.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of February, 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record